

140 BROADWAY   SUITE 3100
NEW YORK, NY 10005-1101
212.973.8000   FAX 212.972.8798   schnader.com

Carl J. Schaerf
Direct Dial 212-973-8005
Direct Fax 212-972-8798
E-mail: cschaerf@schnader.com

March 15, 2012

*Via ECF*

Honorable Edward Korman
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

           Re:    <u>Desiree Phelan, et al. v. City of New York, et al.</u>
           Docket No.:    04 CV 3538

Dear Judge Korman:

    We represent the City Defendants in the captioned action.

    The parties are in the process of trying to agree upon an appendix on appeal. Certain of our submissions to this Court were submitted not only under seal, but also with a sealed docket entry. We are advised by the Clerk's office that we need an order from this Court to change the entries to "Sealed Document Only," which will cause the numbers to appear on the public docket. The impacted docket numbers are: 357-359 and 373-383.

    We have sought consent from all parties, but have not yet heard back from Ms. Kubitschek who represents the appellants. All other parties have expressed consent.

    We ask that this request be "so ordered."

                                                   Very truly yours,

                                                   Carl J. Schaerf (CS 5031)
                                                   Bruce Strikowsky (BS 8791)
                 FOR SCHNADER HARRISON SEGAL & LEWIS LLP

CJS:cpm

Schnader Harrison Segal & Lewis LLP
NEW YORK   PENNSYLVANIA   CALIFORNIA   WASHINGTON, DC   NEW JERSEY   DELAWARE
PHDATA 3774496_1